UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 22-2151-DMG (MAAx) ✓<br>ED CV 22-599-DMG (MAAx)<br>CV 22-2348-DMG (MAAx)<br>SA CV 22-825-DMG (MAAx)<br>CV 22-2559-DMG (MAAx) | Date | May 19, 2022 |
|---|---|---|---|
| Title | *Sultan Haddad, et al. v. Merck and Co., Inc., et al.;*<br>*Elena Srour v. Merck and Co., Inc., et al.;*<br>*James Cruz v. Merck & Co. Inc., et al.;*<br>*Brendaz Ta, et al. v. Merck and Co., Inc., et al.;*<br>*Katherine OBrien v. Merck and Co., Inc., et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY BRIEFING SHOULD NOT BE PAUSED IN RELATED CASES**

These five related cases all involve the same Defendants, Plaintiffs' counsel, and defense counsel. In the earliest filed case, *Haddad v. Merck and Co., Inc.*, No. CV 22-2151-DMG (MAAx), Defendants have filed three motions to dismiss and a motion to sever, all of which are set for hearing on June 10, 2022. Plaintiffs' oppositions are due on May 20. In each of the other cases, Defendants have filed motions to dismiss and/or motions to sever that appear to be largely identical, either in full or in part, to the motions filed in *Haddad*. Those motions are all set to be heard on later dates, some as late as August, with the exception of *Srour v. Merck and Co., Inc.*, No. ED CV 22-599-DMG (MAAx), which also has a hearing set on June 10.

The parties are **ORDERED TO SHOW CAUSE** why, in the interests of efficiency, briefing on the motions in all the related cases except for *Haddad* should not be paused, with their hearings vacated, until after the *Haddad* motions are heard and decided. If the issues do substantially overlap with those in the *Haddad* motions, then further briefing could be unnecessary, or at least streamlined. The parties shall meet and confer and file a joint response, indicating their respective positions on this OSC, by **May 23, 2022**.[1]

**IT IS SO ORDERED**.

---

[1] Because the *Srour* Opposition is due on the same day as the *Haddad* Oppositions, briefing in that case would be paused only as to the Reply.