# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SULTAN HADDAD, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MERCK & CO., INC., a New Jersey Corporation; MERCK SHARP & DOHME CORP., a New Jersey Corporation; ORGANON & CO., a Delaware Corporation; ORGANON LLC, a Delaware Limited Liability Company; and DOES 1-10, Inclusive,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-02151-DMG-MAA<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS ASSERTED BY PLAINTIFF SULTAN HADDAD PURSUANT TO FEDERAL RULE OF PROCEDURE 41** |

1  Based on the parties' stipulation that all claims asserted by Plaintiff Sultan
2  Haddad be dismissed with prejudice, IT IS SO ORDERED.  The Clerk of the Court is
3  directed to dismiss this matter with prejudice.  All other existing dates and deadlines in
4  this matter are hereby vacated.
5      IT IS SO ORDERED.

7  DATED:

                             HONORABLE DOLLY M. GEE
                             UNITED STATES DISTRICT JUDGE