JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SULTAN HADDAD, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MERCK & CO., INC., a New Jersey Corporation; MERCK SHARP & DOHME CORP., a New Jersey Corporation; ORGANON & CO., a Delaware Corporation; ORGANON LLC, a Delaware Limited Liability Company; and DOES 1-10, Inclusive,<br><br>　　　　　Defendants. | Case No. 2:22-cv-02151-DMG-MAAx<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS ASSERTED BY PLAINTIFF SULTAN HADDAD PURSUANT TO FEDERAL RULE OF PROCEDURE 41  [84]** |

Based on the parties' stipulation that all claims asserted by Plaintiff Sultan Haddad be dismissed with prejudice, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

DATED: April 29. 2024

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE